**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RYAN KOBBE,**

    **Plaintiff,**                                **Case No.: 6:16-cv-220-Orl-37DAB**

v.

**BETHUNE-COOKMAN UNIVERSITY, INC.,**
**a Florida corporation,**

    **Defendant.**
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with *Local Rule 1.04(c)*, I certify that the instant action:

   __x__   IS          related to pendency or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                             *Ryan Kobbe v. Bethune-Cookman University, Inc.*,
                             United States District Court, Middle District of Florida
                             Orlando Division Case Number: 6:14-cv-2088-ORL-18DAB.

   _____   IS NOT    related to any other pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

     I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Date: February 19, 2016.

                                                  Respectfully submitted,

                                                  The Harr Law Firm
                                                  The Harr Professional Center
                                                  517 South Ridgewood Avenue

        Daytona Beach, Florida 32114
        Office telephone:  (386) 226-4866
        Office telefax: (386) 226-4886

By:   */s/ Jason L. Harr*
       Jason L. Harr
       Florida Bar Number:  0194336
       Noah J. Prossesr
       Florida Bar Number:  0111712
       Email: jasonharr@harrlawfirm.com
       noahprosser@harrlawfirm.com
       vanessashermosillo@harrlawfirm.com
       **TRIAL COUNSEL FOR PLAINTIFF**
       **RYAN KOBBE**