**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**RYAN KOBBE,**

    **Plaintiff,**

**v.**                                                   **Case No:   6:16-cv-220-Orl-37DAB**

**BETHUNE-COOKMAN UNIVERSITY,
INC.,**

    **Defendant.**

### ORDER

This matter is before the Court on a status review.  On February 18, 2016, this Court entered a Related Case Order and Notice of Designation Report (Doc. 5).  This Order states that the parties shall conduct a case management conference no later than 45 days after service or appearance of any defendant, and file the Case Management Report within seven (7) days of the meeting regardless of the pendency of any undecided motion.  To date, the parties have failed to file a joint Case Management Report as required.  Accordingly, it is

**ORDERED** that the parties are to **SHOW CAUSE** by written response no later than May 23, 2016 why this case should not be dismissed for failure to file a joint Case Management Report.

**DONE AND ORDERED** at Orlando, Florida this 11th day of May, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:     Counsel of Record