UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RYAN KOBBE,**

    **Plaintiff,**                     Case No.: 6:16-cv-220-Orl-37DAB

v.

**BETHUNE-COOKMAN UNIVERSITY, INC.,**
a Florida corporation,

    **Defendant.**
_____/

## **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

**COMES NOW**, Plaintiff, Ryan Kobbe, by and through his undersigned counsel and hereby files his Response to Order to Show Cause issued by this Honorable Court on the 11th day of May, 2016, and states:

1. Recently, the Parties reached an amicable settlement resolving all issues in this case.

2. As of this date, the Parties are still finalizing the settlement documents.

3. Plaintiff, Ryan Kobbe, anticipates respectfully requesting a dismissal of this matter upon finalization of the settlement documents.

4. Plaintiff, Ryan Kobbe, respectfully requests this Honorable Court not dismiss this case for failure to comply with this Court's Order.

5. Undersigned counsel apologizes to this Court for failing to file a Case Management Report.

**WHEREFORE**, Plaintiff, Ryan Kobbe, respectfully requests this Honorable Court permit some additional time to allow the parties to execute the settlement agreement and general release.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via the Clerk of Court's CM/ECF system on [dsiler-nixon@fordharrison.com]: Dawn Siler-Nixon, Esquire, FordHarrison LLP, 101 East Kennedy Boulevard, Suite 900, Tampa, Florida 33602-5133, on this 23rd day of May, 2016.

                              /s/  *Jason L. Harr*
                            **JASON L. HARR**
                            Florida Bar No.:  0194336
                            **THE HARR LAW FIRM**
                            The Harr Professional Center
                            517 South Ridgewood Avenue
                            Daytona Beach, Florida 32114
                            Email:  jasonharr@harrlawfirm.com
                            michelledavis@harrlawfirm.com
                            miriamjuarez@harrlawfirm.com
                            Telephone:  (386) 226-4866
                            Telefax:  (386) 226-4886
                            **TRIAL COUNSEL FOR PLAINTIFF**
                            **RYAN KOBBE**