# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**RYAN KOBBE,**

       **Plaintiff,**

**v.**                                                      **Case No:   6:16-cv-220-Orl-37DAB**

**BETHUNE-COOKMAN UNIVERSITY, INC.,**

       **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court upon the Response to Order to Show Cause filed May 23, 2016 (Doc 14) indicating that this case has settled.  Accordingly, it is:

**ORDERED AND ADJUDGED:**

That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.  All pending motions are denied as moot and all deadlines are terminated.

The Clerk is hereby ordered to close this file.

Additionally, the Order to Show Cause (Doc 13) is hereby **DISCHARGED**.

**DONE AND ORDERED** at Orlando, Florida this 13th day of June, 2016.



ROY B. DALTON JR.
United States District Judge


Copies: Counsel of Record